FILED

May 01 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Narciso Primero Garcia,<br><br>*Petitioner*,<br><br>WILLIAM P. BARR, Attorney General, *et al.*,<br><br>*Respondents*. | Case No. 5:20-cv-01389-NC<br><br>**ORDER OF DISMISSAL** |

[ORDER OF DISMISSAL

Upon request of Plaintiff and good cause appearing, IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

**IT IS SO ORDERED.**

Dated:     May 1, 2020



**ORDER OF DISMISSAL**